# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Merita Hisai, <br><br>                Plaintiff, <br><br> v. <br><br> National Enterprise Systems, Inc., <br>                Defendant. | FILED: JUNE 27, 2008 <br><br> 08CV3703 <br><br> JUDGE LEINENWEBER <br><br> MAGISTRATE JUDGE MASON <br> EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| |
|---|
| NAME (Type or print) <br> Cathleen M. Combs |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cathleen M. Combs |
| FIRM <br> Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS <br> 120 S. LaSalle Street, Suite 1800 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00472840 | TELEPHONE NUMBER <br> 312-739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐