## United States District Court for the Northern District of Illinois

Case Number: 08CV3703   Assigned/Issued By: DAJ

Judge Name: LEINENWEBER   Designated Magistrate Judge: MASON

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 2895151

Date Payment Rec'd: 06/27/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _06/27/08_ as to _DEF._____
                                  (Date)