# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| MERITA HISAI,<br>　　Plaintiff,<br><br>vs.<br><br>NATIONAL ENTERPRISE SYSTEMS,<br>INC.,<br>　　Defendant. | Case 1:08-cv-03703<br><br>Judge Leinenweber<br><br>Magistrate Judge Mason |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
NATIONAL ENTERPRISE SYSTEMS, INC.,

| |
|---|
| NAME: Jennifer W. Weller |
| SIGNATURE: s/ *Jennifer W. Weller* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270826 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　YES ☐　　NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　YES ☐　　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　YES ☐　　NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES ☐　NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>　RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |

6340617v1 890497

## CERTIFICATE OF SERVICE

  I hereby certify that on **July 18, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                  HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Jennifer W. Weller (6270826) | /s/ *Jennifer W. Weller* |
| HINSHAW & CULBERTSON LLP | Jennifer W. Weller |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| jweller@hinshawlaw.com | |

2