Case 1:08-cv-03703   Document 12   Filed 07/18/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERITA HISAI, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 CV 3703 |
| ) | |
| v. ) | Judge: Leinenweber |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC., ) | Magistrate Judge Mason |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant National Enterprise Systems, Inc., by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Unopposed Motion for a 21-day Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint states as follows:

1. Plaintiff's complaint purports to allege claims against Defendant under the Fair Debt Collection Practices Act ("FDCPA") and Illinois Collection Agency Act ("ICAA").

2. Defendant was served on or about July 1, 2008 and its responsive pleading is currently due on July 21, 2008.

3. Defense counsel was recently retained and needs additional time to evaluate the allegations of the complaint including information recently provided by plaintiff's counsel.

4. Accordingly defendant seeks an additional 21 days to on or before August 11, 2008 to answer or otherwise plead. Defense counsel has discussed the additional time with counsel for the plaintiff and counsel does not oppose this motion.

5. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

6342047v1 890497

WHEREFORE, Defendant National Enterprise Systems, Inc., respectfully requests that this court grant it 21 days until August 11, 2008 to file a responsive pleading to plaintiff's complaint.

        Respectfully submitted,

By: s/Jennifer W. Weller
    Jennifer W. Weller

One of the attorneys for
National Enterprise Systems, Inc.

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6342047v1 890497