UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERITA HISAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case 1:08-cv-03703 |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, ) | Judge Leinenweber |
| INC., ) | |
| ) | Magistrate Judge Mason |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Daniel A. Edelman
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street, 18th Floor
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **July 23, 2008,** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Harry D. Leinenweber or any Judge sitting in his/her stead in Courtroom 1941, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                            HINSHAW & CULBERTSON LLP

David M. Schultz                            s/ *Jennifer W. Weller*
Jennifer W. Weller                          Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 18, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

      HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |

6342088v1 890497