IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERITA HISAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08 CV 3703 |
| v. | ) | |
| | ) | Judge: Leinenweber |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, National Enterprise Systems, Inc., by and through its attorneys David M.

Schultz and Jennifer W. Weller and for its Rule 7.1 Corporate Disclosure Statement and Local

Rule 3.2 Notification of Affiliates states that no publicly-held corporation owns 5% or more of

National Enterprise Systems, Inc.'s stock.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


By:  s/*Jennifer W. Weller*
　　　Jennifer W. Weller


David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERITA HISAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case 1:08-cv-03703 |
| | ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) | Judge Leinenweber |
| | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Daniel A. Edelman
     Edelman, Combs, Latturner & Goodwin, LLC
     120 South LaSalle Street, 18th Floor
     Chicago, Illinois 60603

PLEASE TAKE NOTICE that on **July 23, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **FEDERAL RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT**, in connection with the above entitled cause, a copy of which is attached hereto.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6343629v1 890497

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July 23, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING and FEDERAL RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6343629v1 890497